UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

|  |  |
|---|---|
| Anoine A. Jones<br><br>  Petitioner<br><br>VS.<br><br>United States of America | ) Case No: 9:09-cr-00145-SB-1<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Notice of Default

Comes Now Antoine A. Jones, IN Propria Persona Sui Juris & Law giving Notice of Default for non response and or non rebuttal of a Verified Affidavit sent out on December 02, 2011. A notice of Fault with opportunity to cure was sent out on December 12, 2011, with an additional 3 days to respond Since there has been no response, You are now in Default. The Affidavit stands as facts in law. Petitioner now demands an immediate dismissal with prejudice and release from BOP Custody and the return of all rights. These actions are demanded of ommediatey according to the law of the land. Pursuant to Title 28 & 1746(1).

Lawfully Submitted
/S/ Antoine Jones
Antoine Jones SUI
In Propria Persona.

(1)

## II CONCLUSION- PRAYER

WHEREFORE, PREMISES CONSIDERED, PETITIONER MOVES THIS HONARABLE COURT TO DECLARE THE CONVICTION INVALID AS A MATTER OF LAW.

RESPECTFULLY SUBMITTES,

/s/ *Antoine Jones*
Antoine A. Jones
IN PROPRIA PERSONA


## VERIFICATION

I CERTIFY THE FOREGOING IS TRUE AND CORRECT UNDER THE PENALTY OF PERJURY PURSUANT TO 28 U.S.C. & 1746, THAT I AM OVER THE AGE OF 18 YEARS, THAT I HAVE PERSONA KNOWLEDGE OF THE FACTS STATED HEREIN, AND THAT I AM FULLY COMPETENT TO TESTIFY TO THOSE FACTS. A VERIFIED NOTICE OF DEFAULT STANDS AS THE TRUTH UNLESS CONTESTED AS A MATTER OF LAW.

/s/ *Antoine Jones*
Antoine A. Jones
IN PROPRIA PERSONA


## CERTIFICATE OF SERVICE

ON THIS __23__ DAY OF __February__ 2012, A TRUE AND CORRECT COPY OF THE FOREGOING WAS SERVED ON THE OFFICE OF THE UNITED STATES ATTORNEY OPPOSING COUNCEL, AND TO THE COURT APPOINTED ATTORNEY IN THIS CASE BY FIRST CLASS MAIL, POSTAGE PAID

/s/ *Antoine Jones*
Antoine A. Jones
IN PROPRIA PERSONA


COPY SERVED TO:
Assistant United States Attorney
Michael Rhett DeHart
P.O. Box 978
Charleston, SC 29402


COPY SERVED TO:
HONORABLE  SOL BLATT, JR
Hollings Judicial Center
83 Meeting Street
Charleston, SC 29401